KEESAL, YOUNG & LOGAN
A Professional Corporation

ALBERT E. PEACOCK III,              3470-0
al.peacock@kyl.com
JAMES A. MARISSEN, CASB # 257699, *pro hac vice*
james.marissen@kyl.com
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:  (562) 436-2000
Facsimile:  (562) 436-7416

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY,                       1397-0
jlacy@goodsill.com
1099 Alakea Street, Suite 1800
Honolulu, Hawai'i  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
TITAN MARITIME LLC dba
TITAN SALVAGE, a Crowley Company

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAPE FLATTERY LIMITED,<br><br>                              Plaintiff,<br><br>     vs.<br><br>TITAN MARITIME, LLC, dba TITAN SALVAGE, A CROWLEY COMPANY,<br><br>                              Defendant. | Case No. CV 08 0482 JMS KSC<br><br>**DEFENDANT TITAN MARITIME LLC'S MOTION FOR LEAVE TO AMEND ANSWER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ALBERT E. PEACOCK, III; EXHIBITS "A" – "C"; CERTIFICATE OF SERVICE** |

## DEFENDANT TITAN MARITIME LLC'S

## MOTION FOR LEAVE TO AMEND ANSWER

Defendant TITAN MARITIME LLC dba TITAN SALVAGE, a Crowley Company ("Titan") respectfully moves this Court for leave to amend its Answer filed April 26, 2012 (Doc. 61), and to file the First Amended Answer, attached as Exhibit "A" to the concurrently filed Declaration of Albert E. Peacock, III, so that it may remove certain the affirmative defenses, including those struck by the Court's July 31st Order; add factual detail to a previously-asserted affirmative defense; and, add two affirmative defenses each of which would provide Titan with a complete legal defense to Plaintiff's claim.

This motion is brought pursuant to Rules 7(b) and 15(a)(2) of the Federal Rules of Civil Procedure and Rule 7.2 of the Local Rules of the United States District Court for the District of Hawaii.  This motion is supported by the attached Memorandum of Points and Authorities, the attached Declaration of Albert E. Peacock III and Exhibits "A" through "C" thereto; and, all records and files in this case.

DATED:  February 15, 2013           /s/ ALBERT E. PEACOCK III
                                    ALBERT E. PEACOCK III
                                    JAMES A. MARISSEN, *pro hac vice*
                                    KEESAL, YOUNG & LOGAN

                                    JOHN R. LACY
                                    GOODSILL ANDERSON QUINN &
                                    STIFEL

                                    Attorneys for Defendant
                                    TITAN MARITIME LLC dba
                                    TITAN SALVAGE, a Crowley Company